| | |
|---|---|
| 1 | Jodi K. Swick No. 228634 |
| | Charan M. Higbee No.148293 |
| 2 | **McDOWELL HETHERINGTON LLP** |
| | 1 Kaiser Plaza, Suite 340 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510.628.2145 |
| 4 | Facsimile: 510.628.2146 |
| | Email: jodi.swick@mhllp.com |
| 5 | charan.higbee@mhllp.com |
| 6 | Attorneys for Defendant |
| | UNITED OF OMAHA LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHIN SHARMA, | Case No. 4:18-cv-03899-DMR |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT;** [~~PROPOSED~~] **ORDER** |
| v. | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY and DOES 1-20 inclusive, | [L.R. 6-1(a)] |
| Defendants. | |
| | Complaint Filed: June 28, 2018 |

**IT IS HEREBY STIPULATED**, by and between plaintiff Sachin Sharma ("plaintiff") and Defendant United of Omaha Life Insurance Company ("United of Omaha"), through their attorneys of record, as follows:

1. United of Omaha was served with plaintiff's Complaint [Doc. 1 filed in this action] ("the Complaint") on July 9, 2018;

2. United of Omaha's answer or other response to the Complaint currently is due on

or before July 30, 2018;

3. Plaintiff and United of Omaha have agreed that the deadline for United of Omaha to answer or otherwise respond to the Complaint shall be extended to August 13, 2018; and

4. This extension will not alter the date of any event or deadline already fixed by Court order.

Dated: July 12, 2018        McDOWELL HETHERINGTON LLP

By: /s/ Charan M. Higbee
Jodi K. Swick
Charan M. Higbee

Attorneys for Defendant
United of Omaha Life Insurance Company

Dated: July 12, 2018        VARLACK LEGAL SERVICES

By: /s/ Tiega Noel Varlack
Tiega Noel Varlack

Attorneys for Plaintiff
Sachin Sharma

## ORDER

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. Defendant United of Omaha Life Insurance Company shall have to and including August 13, 2018 to answer or otherwise respond to plaintiff's Complaint [Doc. 1 filed in this action].

///

///

IT IS SO ORDERED.

Dated: July 30, 2018

~~HON. DONNA M. RYU~~
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE