Jodi K. Swick No. 228634
Charan M. Higbee No.148293
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email:   jodi.swick@mhllp.com
         charan.higbee@mhllp.com

Attorneys for Defendant
UNITED OF OMAHA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACHIN SHARMA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY and DOES 1-20 inclusive,<br><br>    Defendants. | Case No. 3:18-cv-03899-EMC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER**<br><br>[L.R. 6-1(a)]<br><br>Complaint Filed: June 28, 2018 |

**IT IS HEREBY STIPULATED**, by and between plaintiff Sachin Sharma ("plaintiff") and Defendant United of Omaha Life Insurance Company ("United of Omaha"), through their attorneys of record, as follows:

1.   United of Omaha was served with plaintiff's Complaint [Doc. 1 filed in this action] ("the Complaint") on July 9, 2018;

2.   The parties previously stipulated and agreed to extend the deadline for United of Omaha to answer or otherwise respond to the Complaint to August 13, 2018 [Doc. 11 filed in

this action] and the Court entered an order thereon [Doc. 19 filed in this action];

3. Plaintiff and United of Omaha have agreed that the deadline for United of Omaha to answer or otherwise respond to the Complaint shall be extended, for a second time, to and including August 21, 2018;

4. This second extension will not alter the date of any event or deadline already fixed by Court order;

5. The parties have agreed to this second extension because they are discussing settlement and other substantive issues to potentially resolve the case or avoid unnecessary disputes.

Dated: August 9, 2018				McDOWELL HETHERINGTON LLP


By:	/s/ Charan M. Higbee
	Jodi K. Swick
	Charan M. Higbee

Attorneys for Defendant
United of Omaha Life Insurance Company

Dated: August 9, 2018				VARLACK LEGAL SERVICES


By:	/s/ Tiega Noel Varlack
	Tiega Noel Varlack

Attorneys for Plaintiff
Sachin Sharma

**ORDER**

Having read the parties' stipulation and good cause appearing therefore, it is hereby ordered as follows:

1. Defendant United of Omaha Life Insurance Company shall have to and including August 21, 2018 to answer or otherwise respond to plaintiff's Complaint [Doc. 1 filed in this action].

**IT IS SO ORDERED.**

Dated: 8/13/18 _____

HONORABLE
UNITED STATES



Case No. 3:18-cv-03899-EMC  3
STIPULATION TO EXTEND TIME FOR DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER